ROBERT M. HATTIE et al., complainants and appellants,

*v.*

GUSTAVE W. GEHIN, defendant and respondent.

[Submitted July 3d, 1909.   Decided November 15th, 1909.]

On appeal from an order of the court of chancery advised by Vice-Chancellor Howell.

*Messrs. Edward A. & William T. Day,* for the appellants.

*Messrs. Barrett & Barrett,* for the respondent.

PER CURIAM.

The order appealed from is affirmed, for the reasons stated in the opinion delivered in the court below by Vice-Chancellor Howell.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON—15.

*For reversal*—None.